1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  COURTNEY FEIN, Bar #244785
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  (916) 498-5700

5  Attorney for Defendant
   CHENG SAETERN

6

7              IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,       )   NO. CR.S-11-009-WBS
                                   )
11           Plaintiff,             )
                                   )   **STIPULATION AND [PROPOSED]**
12      v.                         )   **ORDER; CONTINUING STATUS**
                                   )   **CONFERENCE AND EXCLUDING**
13 CHENG SAETERN,                  )   **TIME**
                                   )
14           Defendant.            )   Date: May 9, 2011
   _____ )   Time: 8:30 a.m.
15                                     Judge: Hon. William B. Shubb

16     IT IS HEREBY STIPULATED by and between the parties hereto through their
17 respective counsel, JILL THOMAS, Assistant United States Attorney, attorney for Plaintiff,
18 and COURTNEY FEIN, attorney for CHENG SAETERN, that the status conference hearing
19 date of April 11, 2011 be vacated, and the matter be set for status conference on May 9, 2011
20 at 8:30 a.m.
21     The reason for this continuance is to allow defense counsel additional time to review
22 the discovery, consult with her client, continue to discuss settlement potential with the United
23 States Attorney, and review any resulting plea agreement with her client.
24     Based upon the foregoing, the parties agree that the time under the Speedy Trial Act
25 should be excluded from the date of signing of this order through and including May 9, 2011
26 pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code
27 T4 based upon continuity of counsel and defense preparation.
28

DATED:  April 8, 2011.                                  Respectfully submitted,

                                                            DANIEL J. BRODERICK
                                                            Federal Public Defender

                                                            /s/ Courtney Fein
                                                            COURTNEY FEIN
                                                            Assistant Federal Defender
                                                            Designated Counsel for Service
                                                            Attorney for CHENG SAETERN

DATED:  April 8, 2011.                                  BENJAMIN WAGNER
                                                            United States Attorney

                                                            /s/ Jill Thomas
                                                            JILL THOMAS
                                                            Assistant U.S. Attorney
                                                            Attorney for Plaintiff

## ORDER

UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the April 11, 2011, status conference hearing be continued to May 9, 2011, at 8:30 a.m.  Based on the representation of defense counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance in this case would deny defense counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that time up to and including the May 9, 2011 status conference shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.

Dated:  April 6, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE