1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  COURTNEY FEIN, Bar #244785
   Designated Counsel for Service
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  (916) 498-5700

5  Attorney for Defendant
   CHENG SAETERN

6

7                    IN THE UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10  UNITED STATES OF AMERICA,          )   NO. CR.S-11-009-WBS
                                       )
11              Plaintiff,             )
                                       )   **STIPULATION AND [PROPOSED] ORDER;**
12       v.                            )   **CONTINUING STATUS CONFERENCE AND**
                                       )   **EXCLUDING TIME**
13  CHENG SAETERN,                     )
                                       )   Date: July 11, 2011
14              Defendant.             )   Time:  8:30 a.m.
   _____    )   Judge: Hon. William B. Shubb
15

16       IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel,

17  JILL THOMAS, Assistant United States Attorney, attorney for Plaintiff, and COURTNEY FEIN, attorney

18  for CHENG SAETERN, that the status conference hearing date of June 6, 2011 be vacated, and the matter

19  be set for status conference on July 11, 2011 at 8:30 a.m.

20       The reason for this continuance is to allow defense counsel additional time to review the discovery,

21  consult with her client, continue to discuss settlement potential with the United States Attorney, and review

22  any resulting plea agreement with her client.

23       Based upon the foregoing, the parties agree that the time under the Speedy Trial Act should be

24  excluded from the date of signing of this order through and including July 11, 2011 pursuant to 18 U.S.C.

25  §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and Local Code T4 based upon continuity of counsel

26  and defense preparation.

27  DATED: May 24, 2011.                         Respectfully submitted,

28                                               DANIEL J. BRODERICK

1                                                          Federal Public Defender

2                                                          /s/ Courtney Fein
                                                           COURTNEY FEIN
3                                                          Assistant Federal Defender
                                                           Designated Counsel for Service
4                                                          Attorney for CHENG SAETERN

5

   DATED:  May 24, 2011.                                  BENJAMIN WAGNER
6                                                          United States Attorney

7                                                          /s/ Jill Thomas
                                                           JILL THOMAS
8                                                          Assistant U.S. Attorney
                                                           Attorney for Plaintiff

9
                                        ORDER
10

          UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is ordered that the June 6, 2011,
11
   status conference hearing be continued to July 11, 2011, at 8:30 a.m.  Based on the representation of defense
12
   counsel and good cause appearing therefrom, the Court hereby finds that the failure to grant a continuance
13
   in this case would deny defense counsel reasonable time necessary for effective preparation, taking into
14
   account the exercise of due diligence.  The Court finds that the ends of justice to be served by granting a
15
   continuance outweigh the best interests of the public and the defendant in a speedy trial.  It is ordered that
16
   time up to and including the July 11, 2011 status conference shall be excluded from computation of time
17
   within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C.
18
   § 3161(h)(7)(A) and (B)(iv) and Local Code T-4, to allow defense counsel reasonable time to prepare.
19

20
   Dated: May 23, 2011
21

22

   WILLIAM B. SHUBB
23 UNITED STATES DISTRICT JUDGE

24

25

26

27

28

                                             2