HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar # 294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
CHENG SAETERN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHENG SAETERN,<br><br>　　　　　Defendant. | No.  Cr. S 2:11-cr-009 WBS<br><br>**STIPULATED MOTION AND [lodged] ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable WILLIAM B. SHUBB |

　　　　Defendant, CHENG SAETERN, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Jason Hitt, hereby stipulate as follows:

　　　　1.　　Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

　　　　2.　　On July 2, 2012, this Court sentenced Mr. Saetern to a term of 100 months imprisonment;

　　　　3.　　His total offense level was 25, his criminal history category was IV, and the resulting guideline range was 84 to 105 months;

4. The sentencing range applicable to Mr. Saetern was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Saetern's total offense level has been reduced from 25 to 23, and his amended guideline range is 70 to 87 months. A comparable point within the new range produces a term of 82 months imprisonment;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Saetern's term of imprisonment to a total term of 82 months, a sentence the parties conclude is fair and reasonable in light of the factors set forth in 18 U.S.C. § 3553(a);

Respectfully submitted,

Dated: October 13, 2015

BENJAMIN B. WAGNER
United States Attorney

 /s/ *Jason Hitt*
JASON HITT
Assistant U.S. Attorney

Attorney for Plaintiff
UNITED STATES OF AMERICA

Dated: October 13, 2015

HEATHER E. WILLIAMS
Federal Defender

 /s/ *Hannah R. Labaree*
HANNAH R. LABAREE
Assistant Federal Defender

Attorney for Defendant
CHENG SAETERN

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Saetern is entitled to the benefit Amendment 782, which reduces the total offense level from 25 to 23, resulting in an amended guideline range of 70 to 87 months. A comparable point within the new range produces a term of 82 months imprisonment.

IT IS HEREBY ORDERED that the term of imprisonment imposed in July 2012 is reduced to a term of 82 months, a sentence the Court concludes is fair and reasonable in light of the factors set forth in 18 U.S.C. § 3553(a).

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Saetern shall report to the United States Probation Office within seventy-two hours after his release.

Dated: October 21, 2015

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE